IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| BRIDGETTE WILLIAMS, on behalf of D.W., | CASE NO. 1:16 CV 1201 |
| Plaintiff, | JUDGE DONALD C. NUGENT |
| v. | MEMORANDUM OPINION AND ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

This matter comes before the Court upon the Report and Recommendation of Magistrate Judge Jonathan D. Greenberg. The Report and Recommendation (ECF #15), issued on April 12, 2017, is hereby ADOPTED by this Court.

Plaintiff filed this action seeking review of the Commissioner of Social Security's (the "Commissioner") decision denying her application, on behalf of her child, for Supplemental Security Income ("SSI") under Title XVI of the Social Security Act, 42 U.S.C. § 1381 *et seq*. (ECF #1). This matter was referred to Magistrate Judge Greenberg for a Report and Recommendation pursuant to Local Rule 72.2(b)(1). Magistrate Judge Greenberg recommended that the Court affirm the final decision of the Commissioner as supported by substantial evidence. No timely objections have been filed.

The Court has reviewed *de novo* the Report and Recommendation. *See Ohio Citizen Action v. City of Seven Hills*, 35 F. Supp. 2d 575, 577 (N.D. Ohio 1999); FED. R. CIV. P. 72(b); 28 U.S.C. § 636(b)(1)(C). After careful evaluation of the record, this Court adopts the findings of fact and conclusions of law of the Magistrate Judge as its own. Magistrate Judge Greenberg thoroughly and exhaustively reviewed the case, and correctly determined that the Commissioner

applied the proper legal standards and that the Commissioner's decision denying DW's application for SSI was supported by substantial evidence. Accordingly, the Report and Recommendation of Magistrate Judge Greenberg (ECF #15) is hereby ADOPTED. The Commissioner's final decision denying Plaintiff's application for SSI is hereby AFFIRMED.

IT IS SO ORDERED.

/s/ Donald C. Nugent
DONALD C. NUGENT
United States District Judge

DATED: May 25, 2017